**No. 09-7793. Roy Lee Ward, Petitioner v. Indiana.**

559 U.S. 1038, 130 S. Ct. 2060, 176 L. Ed. 2d 417, 2010 U.S. LEXIS 2815.

March 29, 2010. Petition for writ of certiorari to the Supreme Court of Indiana denied.

Same case below, 903 N.E.2d 946.

**No. 09-7882. Syeed Briggs, Petitioner v. United States.**

559 U.S. 1038, 130 S. Ct. 2061, 176 L. Ed. 2d 417, 2010 U.S. LEXIS 2786.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 347 Fed. Appx. 750.

**No. 09-8262. Jerome Williams, Jr., Petitioner v. United States.**

559 U.S. 1038, 130 S. Ct. 2061, 176 L. Ed. 2d 417, 2010 U.S. LEXIS 2818.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 584 F.3d 714.

**No. 09-8717. Elmore Sheriff, Petitioner v. Accelerated Receivables Solutions, et al.**

559 U.S. 1038, 130 S. Ct. 2062, 176 L. Ed. 2d 417, 2010 U.S. LEXIS 2897,

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 349 Fed. Appx. 351.

**No. 09-8718. Alfred Swain, Petitioner v. Burl Cain, Warden.**

559 U.S. 1038, 130 S. Ct. 2063, 176 L. Ed. 2d 417, 2010 U.S. LEXIS 2813.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8719. Annette Ross, Petitioner v. Mr. Young, et al.**

559 U.S. 1038, 130 S. Ct. 2063, 176 L. Ed. 2d 417, 2010 U.S. LEXIS 2753.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 822.

**No. 09-8721. Irvin Rockett, Petitioner v. Minnesota.**

559 U.S. 1038, 130 S. Ct. 2063, 176 L. Ed. 2d 417, 2010 U.S. LEXIS 2823.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.